KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
HUSSEIN ALI

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-06-cr-365 LJO |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING OF HUSSEIN ALI |
| v. ) | Old date: December 12, 2011 at 1:00 p.m. |
| HUSSEIN ALI, et al. ) | New proposed date: May 7, 2012 at 1:00 p.m. |
| Defendants. ) | |

　　　IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT, JEREMY JEHANGIRI,  AND KATHERINE HART, COUNSEL FOR DEFENDANT,  AS FOLLOWS:

　　　1. That  the agreement between the government and defendant requires that the defendant meet certain conditions that cannot be met by December 12, 2011, the date previously set for the sentencing hearing;

　　　2. That both counsel for the government and counsel for the defense have agreed that a continuance of five months is necessary for compliance with the

1

1  conditions established pursuant to the plea agreement between the parties;

2  3. That the statutorily mandated conditions of release, including the
3  provision that defendant HUSSEIN ALI obey all laws, shall remain in full force
4  and effect;

5  4. That defendant HUSSEIN ALI waives any application of the Speedy Trial
6  Act.

8  DATED: November 2, 2011     /s/ Katherine Hart
                                KATHERINE HART, Attorney for
9                               HUSSEIN ALI

10
11  DATED: November 2, 2011     /s/Jeremy Jehangiri
                                JEREMY JEHANGIRI, Assistant United
12                              States Attorney

13
## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the sentencing hearing of HUSSEIN ALI, previously scheduled for December 12, 2011 at 1:00 p.m. is to be rescheduled to Monday, May 7, 2012 at 1:00 p.m.

That HUSSEIN ALI is ordered to continue to comply with all statutorily mandated conditions of Pretrial Release, including the provision that he obey all laws.

IT IS SO ORDERED.

**Dated:   November 2, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2