# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>HUSSEIN ALI,<br><br>        Defendant. | 1:06-CR-00365-005 LJO<br><br>ORDER GRANTING THE DEFENDANT'S EARLY TERMINATION OF SUPERVISED RELEASE |

    In light of the responsive document of the United States filed on January 28, 2019 (document 396), coupled with the on-the-record discussion of the pending motion that took place on January 28, 2019, the Defendant's request for early termination is GRANTED.

IT IS SO ORDERED.

    Dated:   **January 29, 2019**              /s/ Lawrence J. O'Neill
                                                               UNITED STATES CHIEF DISTRICT JUDGE